UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PARKER,

    Plaintiff,

Case No. 17-cv-14043
Hon. Matthew F. Leitman

v.

EVEREST NATIONAL
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #10)

On May 30, 2019, the Court held a hearing on Defendant Everest National Insurance Company's motion for summary judgment. (*See* Mot., ECF #10.) For the reasons explained on the record at the motion hearing, the motion is **DENIED**.

**IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
Dated: May 30, 2019         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2019, by electronic means and/or ordinary mail.

                                s/Holly A. Monda
                                Case Manager
                                (810) 341-9764